Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  NJ Affordable Homes Corp.
Debtor

                        Case No.: 05−60442−DHS
                        Chapter 7

Charles M. Forman
Plaintiff

v.

Affordable Homes Of New Jersey, Inc.
Defendant

Adv. Proc. No. 06−02731−DHS                      Judge: Donald H. Steckroth

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on July 19, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 23 − 21
Opinion (related document:[21] Motion to Dismiss Adversary Proceeding filed by Defendant Carol Scott).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 7/18/2007 (zlh, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 19, 2007
JJW: zlh

                                                James J. Waldron
                                                Clerk